

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2023

No. 04-22-00648-CV

**IN THE INTEREST OF S.R.W., A CHILD**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-01236
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellee's brief was due on January 4, 2023. On January 3, 2023, appellee's counsel filed a motion requesting a ten-day extension of time to file appellee's brief. After consideration, we GRANT the motion and ORDER appellee to file its brief by January 17, 2023. Further requests for extension of time will be disfavored absent extenuating circumstances.

It is so **ORDERED** on January 11, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT